XAVIER BECERRA
Attorney General of California
KATHLEEN BOERGERS
Supervising Deputy Attorney General
NIMROD P. ELIAS
ANNA RICH, State Bar No. 230195
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone: 510-879-0296
 Fax: 510-622-2270
 E-mail:  Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, BY AND THROUGH ATTORNEY GENERAL XAVIER BECERRA; STATE OF CONNECTICUT;  STATE OF ILLINOIS; STATE OF OREGON AND GOVERNOR KATE BROWN; COMMONWEALTH OF MASSACHUSETTS; AND STATE OF WASHINGTON;<br><br>                                  Plaintiffs,<br><br>and<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 503; UNITED DOMESTIC WORKERS, AFSCME LOCAL 3930; SHERLEEN BRIGHT; CAMILLE CHRISTIAN; LESLEY FORSYTHE; VIRGINIA GRANT; DEBRA HOWZE; REBECCA SANDOVAL; ED SOLSENG; ELENI SYRPIS; AND KAY WRIGHT;<br><br>                                  Plaintiff-Intervenors.<br>          v.<br><br>ALEX M. AZAR II, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>                                  Defendants. | 3:19-cv-02552-VC<br><br><br><br><br>**JOINT STIPULATION ON BRIEFING SCHEDULE AND [PROPOSED] ORDER**<br><br><br>Administrative Procedure Act Case<br><br><br>Trial Date:    TBD<br>Action Filed:  May 13, 2019 |

On August 21, 2019, the parties participated in a Case Management Conference before the Court.  Per the Court's instructions, the parties have met and conferred to agree upon a briefing schedule for Defendants' planned motion to dismiss and the parties' cross-motions for summary judgment with respect to Plaintiffs' and Plaintiff-Intervenors' Administrative Procedure Act claims.  The parties hereby jointly stipulate to the following briefing schedule:

- September 27, 2019:    Defendants shall file their combined motion to dismiss the complaints of Plaintiffs and Plaintiff-Intervenors in one brief not to exceed thirty-two (32) pages;
- October 11, 2019:    Defendants shall serve the complete administrative record on Plaintiffs and Plaintiff-Intervenors;
- November 15, 2019:    Plaintiffs and Plaintiff-Intervenors shall each file their oppositions to Defendants' motion to dismiss and their motions for summary judgment with respect to their APA claims;
- November 15, 2019:    Plaintiffs and Plaintiff-Intervenors shall amend their complaints to add additional parties or claims on or before this date.
- November 22, 2019:    Amicus briefs in support of Plaintiffs and Plaintiff-Intervenors, if any, shall be filed;
- December 20, 2019:    Defendants shall file their cross-motion for summary judgment, reply in support of Defendants' motion to dismiss, and combined opposition to the Plaintiffs and Plaintiff-Intervenors' motions for summary judgment;
- January 2, 2020:  Amicus briefs in support of Defendants, if any, shall be filed (*see* Order Regarding Motions to Intervene, Dkt. 72);
- January 23, 2020:    Plaintiffs and Plaintiff-Intervenors shall each file their combined replies in support of their cross motions for summary judgment and responses to Defendants' cross-motion for summary judgment;

- February 13, 2020: 10:00 a.m. hearing before the Court on Defendants' motion to dismiss and the parties' cross motions for summary judgment.

In response to the Court's inquiry, Federal Defendants will not stay enforcement of the 2019 Final Rule.

| | |
|---|---|
| Dated: August 23, 2019 | Respectfully Submitted, |
| /s/ Stacey M. Leyton | XAVIER BECERRA<br>Attorney General of California |
| STACEY M. LEYTON (SBN 203827)<br>sleyton@altshulerberzon.com<br>P. CASEY PITTS (SBN 262463)<br>cpitts@altshulerberzon.com<br>STEFANIE WILSON (SBN 314899)<br>swilson@altshulerberzon.com<br>ALTSHULER BERZON LLP<br>177 Post St., Suite 300<br>San Francisco, CA 94108<br>Tel: (415) 421-7151<br>Fax: (415) 362-8064<br>Attorneys for Plaintiff-Intervenors | /s/ Kathleen Boergers<br>KATHLEEN BOERGERS<br>Supervising Deputy Attorney General<br>NIMROD P. ELIAS<br>ANNA RICH<br>Deputy Attorneys General<br>*Attorneys for Plaintiff the State of California*<br><br>WILLIAM TONG<br>Attorney General of Connecticut |
| NICOLE G. BERNER<br>nicole.berner@seiu.org<br>RENEE M. GERNI (pro hac vice)<br>renee.gerni@seiu.org<br>SERVICE EMPLOYEES INTERNATIONAL UNION<br>1800 Massachusetts Ave, NW<br>Washington DC 20036<br>Tel: (202) 730-7813<br>Fax: (202) 429-5565<br>Attorneys for Plaintiff-Intervenor<br>Service Employees International Union Local 503 | MARGARET Q. CHAPPLE<br>Deputy Attorney General<br>*Attorneys for Plaintiff State of Connecticut*<br><br>KWAME RAOUL<br>Attorney General of Illinois<br>ELIZABETH MORRIS<br>Assistant Attorney General<br>*Attorney for Plaintiff State of Illinois* |
| JUDITH RIVLIN (pro hac vice)<br>jrivlin@afscme.org<br>TEAGUE P. PATERSON (SBN 226659)<br>tpaterson@afscme.org<br>FERNANDO R. COLÓN (pro hac vice)<br>fcolon@afscme.org<br>AMERICAN FEDERATION OF STATE,<br>COUNTY, & MUNICIPAL EMPLOYEES<br>1101 17th St, NW<br>Washington, DC 20036<br>Tel: (202) 775-5900<br>Fax: (202) 452-0556<br>Attorneys for Plaintiff-Intervenor<br>United Domestic Workers, AFSCME Local 3930 | MAURA HEALEY<br>Attorney General for the Commonwealth of Massachusetts<br>CYNTHIA MARK<br>Chief, Fair Labor Division<br>*Attorneys for the Commonwealth of Massachusetts*<br><br>ELLEN F. ROSENBLUM<br>Attorney General of Oregon<br>J. NICOLE DEFEVER<br>Senior Assistance Attorney General<br>*Attorneys for the State of Oregon and Governor Kate Brown* |
| | ROBERT W. FERGUSON<br>Attorney General of Washington<br>ALICIA O. YOUNG<br>Senior Counsel<br>J. PAUL DESJARDIEN<br>Assistant Attorney General<br>*Attorneys for Plaintiff State of Washington* |

JOSEPH H. HUNT
Assistant Attorney General
JEAN LIN
Special Counsel, Federal Programs Branch

/s/ *Sophie Kaiser*
SOPHIE KAISER (NY Bar No. 5239751)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Washington, DC 20005
Phone: (202) 307-2092
Fax: (202) 616-8470
Email: sophie.b.kaiser@usdoj.gov
  *Attorneys for Federal Defendants*

OK2019501625

# [PROPOSED] ORDER

Having considered the parties' Joint Stipulation, the following briefing schedule is HEREBY ORDERED:

- September 27, 2019: Defendants shall file their combined motion to dismiss the complaints of Plaintiffs and Plaintiff-Intervenors in one brief not to exceed thirty-two (32) pages;
- October 11, 2019: Defendants shall serve the complete administrative record on Plaintiffs and Plaintiff-Intervenors;
- November 15, 2019: Plaintiffs and Plaintiff-Intervenors shall each file their opposition to Defendants' motion to dismiss and their motions for summary judgment with respect to their APA claims;
- November 15, 2019: Plaintiffs and Plaintiff-Intervenors shall amend their complaints to add additional parties or claims on or before this date.
- November 22, 2019: Amicus briefs in support of Plaintiffs and Plaintiff-Intervenors, if any, shall be filed;
- December 20, 2019: Defendants shall file their cross-motion for summary judgment, reply in support of Defendants' motion to dismiss, and combined opposition to the Plaintiffs and Plaintiff-Intervenors' motions for summary judgment;
- January 2, 2020: Amicus briefs in support of Defendants, if any, shall be filed (*see* Order Regarding Motions to Intervene, Dkt. 72);
- January 23, 2020: Plaintiffs and Plaintiff-Intervenors shall each file their combined replies in support of their cross motions for summary judgment and responses to Defendants' cross-motion for summary judgment;
- February 13, 2020: 10:00 a.m. hearing before the Court on Defendants' motion to dismiss and the parties' cross motions for summary judgment.

IT IS SO ORDERED.

Dated: _____  _____
VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

Case Name: **State of California by and through Attorney General Xavier Becerra et al v. Azar**   No. **3:19-cv-02552-VC**

I hereby certify that on August 23, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STIPULATION ON BRIEFING SCHEDULING AND [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 23, 2019, at Oakland, California.

| Kelinda Crenshaw | /s/ Kelinda Crenshaw |
|---|---|
| Declarant | Signature |

OK2019501625
91146256.docx