UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA BY AND THROUGH ATTORNEY GENERAL XAVIER BECERRA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEX M. AZAR, et al., <br><br> Defendants. | Case No.  19-cv-02552-VC <br><br> **ORDER GRANTING AS MODIFIED STIPULATION REGARDING BRIEFING SCHEDULE** <br><br> Re: Dkt. No. 82 |

The parties' stipulation is granted as modified:

- September 27, 2019: Defendants shall file their combined motion to dismiss the complaints of Plaintiffs and Plaintiff-Intervenors in one brief not to exceed thirty (30) pages.

- October 11, 2019: Defendants shall serve the complete administrative record on Plaintiffs and Plaintiff-Intervenors.

- November 15, 2019: Plaintiffs and Plaintiff-Intervenors shall each file their opposition to Defendants' motion to dismiss and their motions for summary judgment with respect to their APA claims. Each of the two briefs is not to exceed twenty (20) pages, and Plaintiffs and Plaintiff-Intervenors should coordinate to avoid unnecessary repetition.

- November 15, 2019: Plaintiffs and Plaintiff-Intervenors shall amend their complaints to add additional parties or claims on or before this date.

- November 22, 2019: Amicus briefs in support of Plaintiffs and Plaintiff-Intervenors, if any, shall be filed, and are not to exceed fifteen (15) pages per brief.

- December 20, 2019: Defendants shall file their cross-motion for summary judgment, reply in

support of Defendants' motion to dismiss, and combined opposition to the Plaintiffs and Plaintiff-Intervenors' motions for summary judgment in a brief not to exceed twenty-five (25) pages.

- January 2, 2020: Amicus briefs in support of Defendants, if any, shall be filed (see Order Regarding Motions to Intervene, Dkt. 72), and are not to exceed fifteen (15) pages per brief.

- January 23, 2020: Plaintiffs and Plaintiff-Intervenors shall each file their combined replies in support of their cross motions for summary judgment and responses to Defendants' cross-motion for summary judgment. Each of the two briefs is not to exceed fifteen (15) pages, and Plaintiffs and Plaintiff-Intervenors should coordinate to avoid unnecessary repetition.

- February 12, 2020, 10:00 a.m.: Hearing before the Court on Defendants' motion to dismiss and the parties' cross motions for summary judgment. The hearing will take place in San Francisco, 17th Floor, Courtroom 4.

**IT IS SO ORDERED.**

Dated: September 3, 2019

VINCE CHHABRIA
United States District Judge