JOSEPH H. HUNT
Assistant Attorney General
JEAN LIN
Special Counsel, Federal Programs Branch
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
carol.federighi@usdoj.gov

*Attorneys for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX M. AZAR II, *et al.*,<br><br>Defendants. | Civil Action No. 3:19-cv-02552-VC<br><br>**NOTICE OF APPEARANCE OF CAROL FEDERIGHI** |

   NOTICE IS HEREBY GIVEN that Carol Federighi, Civil Division, United States Department of Justice, enters her appearance in this case on behalf of the defendants.

Dated: November 19, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JEAN LIN
Special Counsel, Federal Programs Branch

/s/ *Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
carol.federighi@usdoj.gov

*Attorneys for Federal Defendants*