IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>ALEX M. AZAR II, *et al.*,<br><br>   *Defendants*. | Case No. 3:19-cv-02552-VC<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE OF THE HEARING ON INTERVENORS' MOTION TO COMPEL COMPLETION OF THE ADMINISTRATIVE RECORD<br><br>Date: February 12, 2020<br>Time: 1:30 p.m.<br>Courtroom: 4, 17th Floor<br>Judge: Hon. Vince Chhabria |

On January 27, 2020, Defendants filed an Unopposed Motion for Continuance of the Hearing on Intervenors' Motion to Compel Completion of the Administrative Record. For good cause shown, it is hereby ORDERED that the Defendants' motion shall be, and hereby is, GRANTED. Intervenors' Motion to Compel Completion of the Administrative Record shall be heard on February 12, 2020.

**IT IS SO ORDERED.**

Dated: _January 27, 2020_

*/s/ Judge Vince Chhabria*

[~~Proposed~~] Order Granting Defs.' Motion for Continuance of Hearing on Intervenors' Mot. to Compel
No. 3:19-cv-02552-VC