UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA BY AND THROUGH ATTORNEY GENERAL XAVIER BECERRA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ALEX M. AZAR, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-02552-VC<br><br>**ORDER RE HEARING** |

The Court has concluded that the plaintiffs have standing, and at the hearing will only hear argument on the merits.

**IT IS SO ORDERED.**

Dated: February 11, 2020

VINCE CHHABRIA
United States District Judge