IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, BY AND THROUGH ATTORNEY GENERAL XAVIER BECERRA; STATE OF CONNECTICUT; STATE OF ILLINOIS; STATE OF OREGON AND GOVERNOR KATE BROWN; COMMONWEALTH OF MASSACHUSETTS; AND STATE OF WASHINGTON;<br><br>Plaintiffs,<br><br>v.<br><br>ALEX M. AZAR II, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | 3:19-cv-02552-VC<br><br>[~~PROPOSED~~] ORDER |

The Court GRANTS Plaintiffs' Motion for Administrative Relief to Submit Judicial Decisions Issued After Oral Argument, and thereby will take the following case into consideration to the extent that it is relevant to issues presented in Plaintiffs' pending Motion for Summary Judgment: *District of Columbia v. U.S. Department of Agriculture*, No. 20-cv-00119, _ F.Supp._, 2020 WL 6123104 (D.D.C. Oct. 18, 2020).

**IT IS SO ORDERED.**

Dated: November 10, 2020      By: _____
                                                    HON. VINCE CHHABRIA
                                                    JUDGE OF THE UNITED STATES DISTRICT COURT
                                                    FOR THE NORTHERN DISTRICT OF CALIFORNIA