UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA BY AND THROUGH ATTORNEY GENERAL XAVIER BECERRA, et al.,<br><br>        Plaintiff,<br><br>   v.<br><br>ALEX M. AZAR, et al.,<br><br>        Defendant. | 19-cv-02552-VC<br><br>**JUDGMENT** |

    Judgment is entered in accordance with the order granting summary judgment in favor of the plaintiffs. *See* Dkt. No. 119. The Clerk of Court is directed to close the case.

    **IT IS SO ORDERED.**

Dated: November 17, 2020

_____

VINCE CHHABRIA
United States District Judge